Robert J. Lord, Detroit, Mich., for plaintiff-appellant.

Gardner A. Callanen, Jr., Utica, N. Y., for defendants-appellees.

Before FRIENDLY and HAYS, Circuit Judges, and ANDERSON,* District Judge.

PER CURIAM.

We affirm in open court on the well-reasoned opinion of Judge Brennan. 226 F.Supp. 157.

sues of law, Judge Lewis R. Morgan held that the misappropriation of funds and securities within the premises of a bank, which was holding the securities for the benefit of the insured, constituted a wrongful "abstraction" within the terms of the policy. The district court held also that the insured was not entitled to recover penalties or attorneys' fees for refusal of the insurer to pay. There is nothing we can add to the opinion of the district court. See 210 F.Supp. 644, 646.

The judgment is affirmed.

---

**SEABOARD SURETY COMPANY, Appellant,**

v.

**GEORGIA CASUALTY & SURETY COMPANY, Appellee.**

No. 20598.

United States Court of Appeals
Fifth Circuit.

Feb. 17, 1964.

Rehearing Denied March 24, 1964.

Sam F. Lowe, Jr., and Smith, Field, Ringel, Martin & Carr, Atlanta, Ga., for appellant.

Hugh M. Dorsey, Jr., Charles R. Adams, Jr., Atlanta, Ga. (Hansell, Post, Brandon & Dorsey, Atlanta, Ga., of counsel) for appellee.

Before CAMERON, WISDOM, and GEWIN, Circuit Judges.

PER CURIAM.

In this case the plaintiff sued on a comprehensive blanket insurance policy for fraud perpetrated by certain individuals. In an able opinion which discusses thoroughly the facts and the is-

**SAX ENTERPRISES, INC., Appellant,**

v.

**William F. USHER and G. E. Shingledecker, as Trustees for Saxony Properties, Inc., Debtor, Appellees.**

No. 20141.

United States Court of Appeals
Fifth Circuit.

Feb. 19, 1964.

Rehearing Denied March 17, 1964.

W. G. Ward, Miami, Fla., Ward & Ward, Miami, Fla., of counsel for appellant.

George C. Bolles, George F. Gilleland, Bolles and Prunty, Richard M. Winokur, Miami, Fla., for trustees.

Before TUTTLE, Chief Judge, and PHILLIPS* and JONES, Circuit Judges.

PER CURIAM.

No prejudicial error appearing in the record of this cause, the order of the district court from which this appeal has been taken is

Affirmed.

---

* Sitting by designation.

* Of the Tenth Circuit, sitting by designation.